# First District Court of Appeal
## State of Florida

_____

No. 1D2022-2470
_____

DAN COLBERT,

    Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

March 8, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, B.L. THOMAS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dan Colbert, pro se, Appellant.

Rana Wallace, General Counsel, and Alex Arthur Christiano, Assistant General Counsel, Tallahassee, for Appellee.